# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV10-00004JMS-KSC |
| CASE NAME: | John Hays v. Hawaii Pacific University, et al. |
| ATTYS FOR PLA: | Richard Pafundi<br>Bruce Sherman |
| ATTYS FOR DEFT: | Anna Elento-Sneed |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 5/28/2010 | TIME: | 9:05-9:07am |

COURT ACTION:  EP: Rule 16 Scheduling Conference.  Rule 16 Scheduling Conference held.  Rule 16 Scheduling Conference Order to be issued.  Status Conference Re: ADR/Early Settlement Conference set 8/30/10, 9:00am, Judge Chang.

1. Jury trial on **June 1, 2011 at 9:00 a.m. before** JMS (WEDNESDAY)
2. Final Pretrial Conference on April 19, 2011 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 12, 2011
5. File motions to Join/Add Parties/Amend Pleadings by October 29, 2010
6. File other Non-Dispositive Motions by March 2, 2011
7. File Dispositive Motions by December 29, 2010
8a. File Motions in Limine by May 10, 2011
8b. File opposition memo to a Motion in Limine by May 17, 2011
11a. Plaintiff's Expert Witness Disclosures by November 29, 2010
11b. Defendant's Expert Witness Disclosures by December 29, 2010
12. Discovery deadline April 1, 2011
13. Settlement Conference set for 2/3/2011 at 11:00am before KSC
14. Settlement Conference statements by 1/27/2011
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 17, 2011
21. File Final witness list by May 10, 2011
24. Exchange Exhibit and Demonstrative aids by May 3, 2011
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 10, 2011
26. File objections to the Exhibits by May 17, 2011
28a. File Deposition Excerpt Designations by May 10, 2011

28b.  File Deposition Counter Designations and Objections by May 17, 2011
29.   File Trial Brief by May 17, 2011
30.   File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV10-4JMS-KSC
Hays v. Hawaii Pacific University, et al.
Rule 16 Scheduling Conference
5/28/2010